## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### EASTERN DIVISION

*Electronically Filed*

| | |
|---|---|
| US WORLDMEDS, LLC,<br>　　　　　Plaintiff, | )<br>) Case No. 3:18-cv-535-CRS<br>) |
| v. | )<br>) |
| ARCH INSURANCE COMPANY,<br>　　　　　Defendant. | )<br>)<br>) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure, Plaintiff US WorldMeds, LLC ("US WorldMeds") by counsel, with the consent of Defendant Arch Insurance Company ("Arch") and its counsel (who has not appeared in the action) (together the "Parties,"), states that this case has been settled by the Parties through execution of a written settlement agreement, and that this Agreed Order of Dismissal With Prejudice is being filed in accordance with such settlement, and the Court being duly and otherwise sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that this civil action be dismissed in its entirety with prejudice; and

**IT IS FURTHER ORDERED AND ADJUDGED** that each party is to bear its own costs, attorneys' fees, and expenses.

**IT IS SO ORDERED**.

April 23, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**

AGREED TO AND TENDERED BY:


    */Amy B. Berge /*

Amy B. Berge
Elizabeth S. Gray
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
(502) 584-1135 (telephone)
aberge@middletonlaw.com
egray@middletonlaw.com


     -and-

Marc D. Halpern
ABELSON HERRON HALPERN LLP
600 West Broadway, Suite 1060
San Diego, CA  92101
(619) 618-7000 (telephone)
(619) 618-7001 (facsimile)
mhalpern@abelsonherron.com
*Admitted Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF
US WorldMeds, LLC